UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEMA ZANTUA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>　　　　Defendant. | Case No. 25-cv-04025-JSC<br><br>**PRETRIAL ORDER NO. 1: CASE SCHEDULE** |

Following the initial case management conference held on August 27, 2025, the Court ORDERS the following deadlines:

- Engage in private mediation:         December 5, 2025
- Discovery cut-off (if permitted):     January 23, 2026
- Hear motions:                         February 26, 2026
- Lodge administrative record:          March 19, 2026
- Plaintiff's opening Rule 52 brief:    March 19, 2026
- Defendant's opening/opposition brief: April 16, 2026
- Plaintiff's opposition/reply brief:   May 7, 2026
- Defendant's reply brief:              May 28, 2026
- Rule 52 hearing:                      June 12, 2026 at 9:00 a.m.

A further case management conference is scheduled for January 7, 2026 at 2:00 p.m. via Zoom video. An updated joint case management conference statement is due January 5, 2026. The Court will be particularly interested in whether referral for a magistrate judge settlement conference could be productive.

//

1   **IT IS SO ORDERED.**

2   Dated: August 27, 2025

_____
JACQUELINE SCOTT CORLEY
United States District Judge